**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 13-60615-RBK |
| | § | |
| RONALD NEIL RENFRO | § | |
| DEBORA LOUISE RENFRO | § | |
| | § | |
| DEBTORS | § | CHAPTER 13 |

**TRUSTEE'S RESPONSE TO DEBTORS' MOTION FOR MORATORIUM**

Ray Hendren, trustee in the above entitled and numbered case, responds as follows:

1. The Trustee admits paragraph 1 of the motion.

2. The Trustee is without sufficient information to admit or deny the first two sentences of paragraph 2 of the motion. The Trustee admits the third sentence of paragraph 2. The remainder of paragraph 2 constitutes the debtors' request for relief not requiring admission or denial.

3. The Trustee requests that the debtors furnish year 2016 business income and expense information and all bank account statements for November 2016 – January 2017.

January 25, 2017                    Respectfully submitted,

/s/ Ray Hendren
Ray Hendren, Trustee
3410 Far West Blvd. #200
Austin, Texas 78731
Phone: (512) 474-6309
Fax: (512) 482-8424

UNITED STATES BANKRUPTCY COURT
Western District of Texas
Waco

IN RE:                                                       CASE NO.: **13-60615**
**RONALD NEIL RENFRO**
**DEBORA LOUISE RENFRO**                                      CHAPTER 13

**CERTIFICATE OF SERVICE**
---------------------------------------

I, Ray Hendren, hereby certify that a true and correct copy of the attached document was served upon the following parties via electronic means as listed on the Court's ECF noticing sytem or by regular mail on **January 25, 2017**.

| | | |
|---|---|---|
| Ronald Neil Renfro<br>Debora Louise Renfro<br>4159 Southwinds Dr.<br>Lorena, TX 76655 | The Kehl Law Firm Pc<br>3715 Bellmead Dr<br>Waco, TX 76705 | Sheehy Lovelace & Mayfield<br>510 N Valley Mills Dr #500<br>Waco, TX 76710-6077 |
| Hsbc Mortgage Services<br>636 Grand Regency Blvd<br>Brandon, FL 33510 | | Hsbc Mortgage Services<br>Po Box 21188<br>Eagan, MN 55121-4201 |
| Beneficial/Hfc<br>Po Box 4153<br>Carol Stream, IL 60197-4153 | Internal Revenue Service<br>Po Box 7317<br>Philadelphia, PA 19101-7317 | |
| | Internal Revenue Service<br>Po Box 7346<br>Philadelphia, PA 19101-7346 | |
| | Internal Revenue Service<br>300 E 8Th St Stop 5022Aus<br>Austin, TX 78701 | Texas Star Bank<br>Po Box 368<br>Lott, TX 76656 |
| Texas Star Bank Ssb<br>101 W Gassaway<br>Lott, TX 76656 | Office Of The Attorney General<br>Po Box 12548 Capital Station<br>Bankruptcy & Collections Divis<br>Austin, TX 78711-2548 | Texas Workforce Commission<br>Regulatory Integrity Div - Sau<br>101 E 15Th St Room 556<br>Austin, TX 78778-0001 |
| Texas Workforce Commission<br>5016 Lakeland Cir Ste B<br>Waco, TX 76710-2984 | Internal Revenue Service<br>Po Box 7346<br>Philadelphia, PA 19101-7346 | U S Attorney Western Dist Tx<br>601 Nw Loop 410 Ste 600<br>San Antonio, TX 78216-5512 |
| Us Atty General/Us Dept Justice<br>950 Pennsylvania Ave Nw<br>Washington, DC 20530-0001 | Acs<br>501 Bleecker St<br>Utica, NY 13501 | Ecmc<br>Po Box 16408<br>St Paul, MN 55116-0408 |
| Ecmc<br>Lockbox #8682<br>Po Box 16478<br>St Paul, MN 55116-0478 | | |
| United States Trustee<br>903 San Jacinto<br>Suite 230<br>Austin, TX 78701 | | |

/s/ Ray Hendren
_____
Ray Hendren
CHAPTER 13 TRUSTEE
3410 Far West Blvd
Suite 200
Austin, Tx  78731