

**The relief described hereinbelow is SO ORDERED.**

**Signed March 03, 2017.**

_____
**Ronald B. King**
**Chief United States Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 13-60615-RBK |
| | § | |
| RONALD NEIL RENFRO | § | |
| DEBORA LOUISE RENFRO | § | |
| | § | |
| DEBTORS | § | CHAPTER 13 |

### AGREED ORDER REGARDING DEBTORS' MOTION FOR MORATORIUM

Came to be considered 2/22/17 the Debtors' Motion for Moratorium. The Trustee and the debtors, through counsel, announced that they had reached an agreement as set forth below. No other party appeared.

The Court accepts the agreement of the parties and **ORDERS** that: the debtors are granted a moratorium for their November and December 2016 plan payments; the debtors shall cure the moratorium in full from their 2016 income tax refund within 21 days of the debtors' receipt of the tax refund.

###

AGREED:

| | |
|---|---|
| /s/ Ray Hendren | /s/ Samantha Kehl |
| Ray Hendren, Chapter 13 Trustee | Attorney for the debtors |
| 3410 Far West Blvd. #200 | 3715 Bellmead Dr. |
| Austin, TX 78731 | Waco, TX 76705 |
| 512-474-6309 | 254-870-0105 |

Order prepared and submitted by Ray Hendren, Trustee