**The relief described hereinbelow is SO ORDERED.**

**Signed June 05, 2017.**



_____
**Ronald B. King
Chief United States Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

In Re:                                                                    Chapter 13
RONALD NEIL RENFRO
DEBORA LOUISE RENFRO                          Case No. 13-60615-RBK
Debtors

### ORDER FOR SUMMARY DISMISSAL

By his submission of this Order, the Trustee hereby certifies that pursuant to the First Joint Standing Order Relating to Chapter 13 Case Administration Under BAPCPA in the El Paso and Waco Divisions, this case should be summarily dismissed because of Debtors:

   ___    1. failure of the debtors to timely pay the filing fee;

   ___    2. failure of the debtors to timely file a plan or use the applicable Plan form

   ___    3. failure of the debtors to timely file Schedules;

   ___    4. unexcused failure of the debtors to appear at the scheduled Meeting of Creditors (Section 341 Meeting);

   _X_    5. delinquency of the debtors of sixty (60) days or more days on payments under a proposed or confirmed plan;

   ___    6. failure of the debtors to comply with the provisions of a prior order which provides for such relief;

   ___    7. failure of the debtors to submit tax returns pursuant 11 U.S.C. § 521(e)(2); or

   ___    8. failure of the debtors to submit payment advices pursuant to § 521 (a)(1)(B)(iv).

IT IS THEREFORE ORDERED that the above-styled and numbered Chapter 13 Case shall be and hereby is, DISMISSED, pursuant to 11 U.S.C. § 1307.

###

Prepared and Submitted by
G. Ray Hendren, Chapter 13 Trustee
3410 Far West Blvd
Suite 200
Austin, TX  78731
(512) 474-6309